

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:  Jimmie Johnson v. The State of Texas

Appellate case number:  01-13-01056-CR

Trial court case number:  1346765

Trial court:  338th District Court of Harris County

This case was abated and remanded to the trial court based on counsel Kelly Smith's failure to timely file a brief on appellant's behalf. On May 20, 2014, counsel filed a brief on appellant's behalf. Accordingly, we REINSTATE this case on the Court's active docket.

The State's brief, if any, remains due on July 21, 2014. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
         ☒ Acting individually    ☐ Acting for the Court

Date: July 17, 2014